RECEIVED

MAR 2 4 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **BRIAN DAVIS** | **CIVIL ACTION NO. 5:13-cv-3281** |
| **VS.** | **SECTION P** |
| | **JUDGE TOM STAGG** |
| **U.S.A. and STEVE PRATOR** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 24th day of March, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE